**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                         June 16, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION  NOTICE

The status conference scheduled for Monday, July 6, 2020, at 9:45 AM, before the

Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of Dome v. HSBC

North America, Inc. et al., 19-cv-10014 (KMK) (LMS), has been *cancelled*.

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.